BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01:08-CR-374 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO PLACE MATTER ON CALENDAR |
| | ) | FOR CHANGE OF PLEA HEARING |
| v. | ) | |
| | ) | |
| | ) | |
| ESTEBAN MONTEJO ZACHARIAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE PARTIES HEREBY STIPULATE AND AGREE that the aforementioned matter may be placed on the court's calendar on Monday, December 21, 2009, at 9:00a.m. for a change of plea hearing.

                                                      BENJAMIN B. WAGNER
                                                      United States Attorney

DATED: December 16, 2009            By:    /s/ Elana S. Landau
                                                      ELANA S. LANDAU
                                                        Assistant U.S. Attorney

1

DATED: December 16, 2009 /s/ Joan Levie
JOAN R. LEVIE
Attorney for Esteban Montejo Zacharias

ORDER

IT IS SO ORDERED.

DATED: December 16, 2009 /s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
United States District Court Judge