| | |
|---|---|
| 1 | **JOAN JACOBS LEVIE, #179787** |
| | **LAW OFFICES OF JOAN JACOBS LEVIE** |
| 2 | 2014 TULARE STREET, SUITE 528 |
| | FRESNO, CALIFORNIA 93721 |
| 3 | TELEPHONE: (559) 498-8155 |
| | FACSIMILE: (559) 498-8165 |
| 4 | |
| 5 | Attorney for Defendant, ESTEBAN MONTEJO ZACHARIAS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-F-08-374 OWW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO ADVANCE** |
| | ) | **SENTENCING DATE** |
| vs. | ) | |
| | ) | DATE: February 1, 2010 |
| ESTEBAN MONTEJO ZACHARIAS, et al., | ) | TIME: 1:30 P.M. |
| | ) | COURT: Hon. Oliver W. Wanger |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government, Elana Landau, and Joan Jacobs Levie, counsel for Defendant ESTEBAN MONTEJO ZACHARIAS, that the sentencing hearing, currently scheduled for March 01, 2010 at 10:00 a.m., be advanced to February 1, 2010 at 1:30 p.m., as the presentence report is ready and the defendant is close to timing out based on the recommendation of U.S. Probation.

DATED: January 21, 2010

Respectfully submitted,

/S/ Joan Jacobs Levie
JOAN JACOBS LEVIE
Attorney for Defendant,
ESTEBAN MONTEJO ZACHARIAS

/S/ Elana Landau
ELANA LANDAU
Assistant U.S. Attorney

-1-

PDF created with pdfFactory trial version www.pdffactory.com

∗ ∗ ∗ ∗ ∗

**ORDER**

Having read the stipulation of counsel and finding good cause,

IT IS HEREBY ORDERED that the date of the sentencing proceedings will be advanced in accordance with the above stipulation of counsel. The defendant is ordered to return to court for further proceedings on February 1, 2010.

DATED: _January 20, 2010___

                                  By: _/s/ OLIVER W. WANGER_____
                                      OLIVER W. WANGER
                                      Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com